# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MEG ADAMS INTERIOR DESIGN, INC. AND LAUREN RUBINSTEIN PHOTOGRAPHY LLC,<br><br>　　Plaintiffs,<br><br>v.<br><br>KELLIE GRIFFIN INTERIORS, INC. AND KELLIE GRIFFIN,<br><br>　　Defendants and Counterclaim Plaintiffs,<br><br>v.<br><br>MEG ADAMS INTERIOR DESIGN, INC., MARGARET ADAMS and JERRY KOPYDLOWSKI,<br><br>　　Counterclaim Defendants. | CIVIL ACTION NO. 1:12-CV-02614-JEC |

## **DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, Defendants and

Counterclaim Plaintiffs Kellie Griffin Interiors, Inc. and Kellie Griffin

1

(collectively, "Defendants") hereby offer to have judgment entered against them in this case as follows:

To resolve all claims for relief requested by Plaintiff Lauren Rubinstein Photography LLC ("Rubinstein Photography"), Defendants hereby offer to allow judgment to be taken against them (1) in the total amount of two thousand dollars ($2,000), which is intended to be inclusive of any legally recoverable attorneys' fees, litigation expenses, and costs of suit incurred in relation to this case, and (2) to include a consent permanent injunction as set forth in Exhibit A hereto.

This Offer of Judgment is made in exchange for a settlement and release of all claims that were brought, or could have been brought, by Rubinstein Photography against Defendants arising from or relating to the subject matter of the Complaint, which forms the basis of this litigation. Unless already done by the Court *sua sponte*, this offer is contingent upon Rubinstein Photography dismissing with prejudice all claims it has asserted against Defendants in this action within five (5) days of acceptance of this offer.

This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, including to avoid the costs and other expenses of litigation, and is not to be construed either as an admission that Defendants are liable to Rubinstein Photography on any claims alleged in this action, which have been and are

disputed, or that Rubinstein Photography has suffered the damages alleged in the Complaint.  This Offer of Judgment shall not have any preclusive effect on any claims asserted against Defendants by anyone other than Rubinstein Photography, nor shall it have any preclusive effect on any claims or defenses that have been or may be asserted by Defendants against any other party to this action.  This Offer of Judgment is limited to Plaintiff Rubinstein Photography and shall be of no force or effect with respect to any other individual or entity in this case.

If Rubinstein Photography accepts the offer within fourteen (14) days after service of this Offer of Judgment and gives written notice thereof to counsel for Defendants, then any party may file the offer and notice of acceptance together with proof of service thereof with the Court, and the Court is authorized to enter judgment in accordance therewith.  This Offer of Judgment may not be filed with the Court under any other conditions unless otherwise provided for below or permitted.  Evidence of this offer shall be inadmissible in this or any other proceeding for any purpose other than to enforce an accepted offer.

If the notice of acceptance is not given within fourteen (14) days from the date of service stated below, the offer is deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.  If Rubinstein Photography does not accept this offer, it may become obligated to pay

Defendants' costs incurred after the offer was made. Pursuant to 17 U.S.C. § 505, such costs may include attorneys' fees.

In the event that Rubinstein Photography is in need of clarification with respect to this Offer of Judgment, then such requested clarification should be made in writing. If no such request is made, then Defendants shall conclude that no clarification is necessary and that all terms and conditions required by Fed. R. Civ. P. 68 have been clearly outlined above.

Respectfully submitted this 16th day of October, 2012.[1]

    */s/ Jason D. Rosenberg*
Jason D. Rosenberg (Ga. Bar No. 510855)
jason.rosenberg@alston.com
Brett E. Coburn (Ga. Bar No. 171094)
brett.coburn@alston.com
Kathryn W. Bina (Ga. Bar No. 956052)
kitty.bina@alston.com

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
(404) 881-7777

*Attorneys for Defendants Kellie Griffin Interiors, Inc. and Kellie Griffin*

---

[1] Pursuant to Local Rule 7.1(D), Defendants certify that this notice has been prepared using 14 point Times New Roman font, as permitted by Local Rule 5.1(B).

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MEG ADAMS INTERIOR DESIGN, INC., and LAUREN RUBINSTEIN PHOTOGRAPHY LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>KELLIE GRIFFIN INTERIORS, INC. and KELLIE GRIFFIN,<br><br>    Defendants,<br><br>v.<br><br>MEG ADAMS INTERIOR DESIGN, INC., MARGARET ADAMS and JERRY KOPYDLOWSKI,<br><br>    Counterclaim Defendants | CIVIL ACTION NO.<br>1:12-CV-02614-JEC |

**[PROPOSED] CONSENT ORDER FOR PERMANENT INJUNCTION**

Plaintiff Lauren Rubinstein Photography LLC ("Rubinstein Photography") and Defendants Kellie Griffin Interiors, Inc. and Kellie Griffin (collectively, "Defendants"), hereby stipulate and consent to the entry of this Consent Order for

Permanent Injunction, and expressly waive any and all rights to appeal this Consent Order.

NOW, THEREFORE, by stipulation and consent of Rubinstein Photography and Defendants, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Defendants, their employees, agents, officers, directors, successors, subsidiaries, and assigns, and all those in active concert with them are permanently enjoined from directly or indirectly engaging in any of the following actions:

> Imitating, copying, using, reproducing, displaying, and/or preparing derivative works based upon the photographs taken by Rubinstein Photography that are attached hereto as Exhibit A to this Order.

SO ORDERED this _____ day _____, 2012.

_____
United States District Court Judge

# EXHIBIT A











## CERTIFICATE OF SERVICE

This is to hereby certify that on this 16th day of October, 2012, I sent a copy of the foregoing **DEFENDANTS' RULE 68 OFFER OF JUDGMENT** via hand-delivery to the following attorneys of record, with a courtesy copy sent via e-mail:

Todd E. Jones
tjones@taylorenglish.com
Amanda G. Hyland
ahyland@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle
Suite 400
Atlanta, Georgia 30339
Tel: (770) 434-6868
Facsimile: (770) 434-7376

*Counsel for Plaintiffs and Counterclaim Defendants*


    */s/ Jason D. Rosenberg*
Jason D. Rosenberg (Ga. Bar No. 510855)

## CERTIFICATE OF SERVICE

This is to hereby certify that on this 6th day of November, 2012, I filed the foregoing DEFENDANTS' RULE 68 OFFER OF JUDGMENT via CM/ECF, which will automatically send a copy to all counsel of record.

                                         */s/ Jason D. Rosenberg*
                                         Jason D. Rosenberg

                                         (Ga. Bar No. 510855)